UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────X

**BOBBY NOWELL,**

            **Plaintiff,**　　　　　Case No. 2:24-cv-00218 (NCM) (LGD)

  -against-

**AUSTIN COINS, INC.,
ERIC P. LESAK,
TIMOTHY JAMES KING,
PATRICK J. WHITE,
DAVID SCHMIDT,
CHRISTOPHER M. PARADISE, and
P. WHITE HOLDINGS, LLC**

            **Defendants.**
───────────────────────────────X

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff **BOBBY NOWELL** hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant, **DAVID SCHMIDT**, only. Defendant has not served an answer or motion for summary judgment. This dismissal is without prejudice and without costs or fees to any party.

Dated: Thornwood, New York
       March 18, 2025

                                       **LAW OFFICE OF KENNETH G. WALSH**

                                       By:   */s/Kenneth G. Walsh*
                                               Kenneth G. Walsh (1654)
                                               59 Kensico Road, Suite 7
                                               Thornwood, New York 10594
                                               (929) 241-7307
                                               kwalsh@kgwalshlegal.com