**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
───────────────────────────────X

**WILLIAM KEVIN CLEARY,**

           **Plaintiff,**         Case No. 2:24-cv-01662 (SJB) (LGD)

   -against-

**AUSTIN COINS, INC.,**
**CHRISTIAN FOSTER,**
**BRANDON E. CHANCEY,**
**ERIC P. LESAK (ALIAS "MIKE TODD"),**
**DAVID SCHMIDT,**
**CHRISTOPHER M. PARADISE, and**
**PATRICK J. WHITE,**

           **Defendants.**
───────────────────────────────X

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff **WILLIAM KEVIN CLEARY** hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant, **Christopher M. Paradise**, only. Defendant has not served an answer or motion for summary judgment. This dismissal is without prejudice and without costs or fees to any party.

Dated: Thornwood, New York
       March 18, 2025

                                           **LAW OFFICE OF KENNETH G. WALSH**

                                      By:  */s/Kenneth G. Walsh*
                                                 Kenneth G. Walsh (1654)
                                                 59 Kensico Road, Suite 7
                                                 Thornwood, New York 10594
                                                 (929) 241-7307
                                                 kwalsh@kgwalshlegal.com